UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE GREGORIO GUILLEN-LOZADA,

    Petitioner,

v.                                                      4:17cv300–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 17) docketed October 2, 2017. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be denied without prejudice. Respondents have since advised (doc. 18) that Petitioner was removed from this country on October 26, 2017, and that the case may now be dismissed as moot.

Given Petitioner's removal, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 17) is adopted and incorporated by reference in this order of the court.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is hereby

DISMISSED as moot.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this   2nd   day of    November   , 2017.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE